## C. L. JOHNSON v. STATE.

Nos. A-701 and A-711. Opinion Filed July 12, 1910.

*Appeal from the County Court of Coal County; R. H. Wells, Judge.*

C. L. Johnson was convicted of violating the prohibition law, and he appealed. Appeal dismissed.

*Cutler & McInnis* and *George Trice,* for plaintiff in error.
*Fred S. Caldwell,* for the State.

PER CURIAM. Plaintiff in error has filed a motion to dismiss the appeal herein. The motion is sustained; the appeal is dismissed at plaintiff in error's cost, and a mandate is ordered issued to the court below directing said court to enforce its judgment herein.

## JIM GRAY v. STATE.

No. A-659. Opinion Filed July 12, 1910.

*Appeal from the County Court of Stephens County; W. H. Admire, Judge.*

Jim Gray was convicted of violating the prohibition law, and he appealed. Appeal dismissed.

*E. E. Morris,* for plaintiff in error.
*Fred S. Caldwell,* for the State.

PER CURIAM. Plaintiff in error has filed a motion to dismiss the appeal herein. The motion is sustained; the appeal is dismissed at plaintiff in error's cost, and a mandate is ordered issued to the court below directing said court to enforce its judgment herein.